# EXHIBIT A



# General Terms Agreement

**Primary Member:** JASON BLAHNIK
**Member Number:** REDACTED
**Address:** REDACTED
Hinsdale, IL 60521
**Phone Number:** (630) 805-2323
**Membership Type:** Advantage Single
**Base Membership Dues:** $79.95 + $0.00(Tax) = $79.95
**Total Membership Dues:** $79.95
**Center:** Burr Ridge, IL
**Activation Date:** 11/29/2007
**Additional Members:**
**Members Authorized to Use Card on File:**

**Initial Amount of Membership Fees Due:**

| | |
|---|---|
| Total Enrollment Fee: | $149.50 + $0.00(Tax) = $149.50 |
| First Month's Dues: | $5.33 + $0.00(Tax) = $5.33 |
| Complete Package: | $0.00 + $0.00(Tax) = $0.00 |
| Total Amount Due: | $154.83 |

**Payment Method for Membership Fees:**

| | |
|---|---|
| Account Type: | MasterCard |
| Name on Card: | Jason S Blahnik |
| Account Number: | ************8068 |
| Expiration Date: | REDACTED |

**Club Tab Card On File:**

| | |
|---|---|
| Account Type: | N/A |
| Name on Card: | N/A |
| Account Number: | N/A |
| Expiration Date: | N/A |

am at least 18 years of age and wish to enter into this agreement with Life Time Fitness, Inc., its subsidiaries and affiliates ("Life Time Fitness") to obtain a Life Time Fitness membership that includes the primary member and all additional members listed above. I understand that this membership will not be effective until this General Terms Agreement has been executed and all of its terms have been complied with. No person on this membership that is 12 years of age or older may use a Life Time Fitness center until signing a Member Usage Agreement. Any aspect of this membership may be amended and the rights in and to this membership may be assigned by Life Time Fitness without notice. This agreement does not require payment for basic physical fitness services in a total amount in excess of $2,500 per year for any one person covered under a membership, unless it is a group membership agreement as defined by Illinois law. **By providing an e-mail address, I expressly consent to receiving commercial e-mail messages regarding various Life Time Fitness products and services.**

## MEMBERSHIP FEES

**Enrollment Fee.** I agree to pay the Enrollment Fee listed above to obtain this membership. This is a one-time only and non-refundable fee, except as otherwise described. If this membership is terminated, a separate Enrollment Fee will be due to obtain a new membership.
**Membership Dues.** This membership's Membership Dues are the sum of the base membership dues and junior member dues listed above. The Membership Dues are due and payable in advance on the first of each month that this membership remains in effect. Life Time Fitness reserves the right to determine the amount and terms of payment of Membership Dues. My obligation to pay Membership Dues is not dependent upon usage of Life Time Fitness' centers, participation in Life Time Fitness' programs, availability of or access to all of Life Time Fitness' centers or whether or not each person on this membership has signed a Member Usage Agreement. If this membership is any type of membership other than a Short Term or Express type, I request that the primary member becomes a subscriber to Life Time Fitness' *Experience Life* magazine and I understand that $0.80 of the Membership Dues are allocated for this subscription and are non-deductible.

## MEMBERSHIP FEES PAYMENT AND REFUND AUTHORIZATION

I authorize Life Time Fitness or its agents on its behalf to, depending on my method chosen, automatically and without notice charge my designated credit/debit card or draft from my designated checking/savings account, for this membership's Enrollment Fee and first month's Membership Dues on the date of my enrollment, and on a monthly basis thereafter for any and all amounts due and owing to Life Time Fitness, including my then-current month's Membership Dues, any outstanding portions of my Enrollment Fee or Membership Dues, any late fees, and payments that I, anyone on this membership, or my guests under this membership owe for the submission of invalid payment instruments. I will be assessed a late fee if I fail to pay any membership fees within 10 days of them being due and this membership may be suspended, considered delinquent or terminated, without notice and at the option of Life Time Fitness, if I fail to pay any membership fees within 30 days of them being due. I will be responsible for all collection costs, including attorney or other collection fees. In the event that I am due a refund, I authorize Life Time Fitness or its agents on its behalf to refund my designated credit/debit card or checking/savings account.

## CLUB TAB AUTHORIZATION

In consideration for Life Time Fitness allowing my credit card to be placed on file as a payment method for the products and services available at Life Time Fitness' centers, I certify that I am the cardholder of the credit card described above and I authorize each of the members 12 years of age or older listed above to use my credit card at any time as a payment method for the products and services, in any amount, that such members purchase at a Life Time Fitness center. I agree to pay and specifically authorize Life Time Fitness or its agents on its behalf to charge my credit card described above for all transactions in which I or any member that I have authorized to do so use my credit card as the payment method for products and services purchased at any Life Time Fitness center until such time as my written request to revoke or terminate such authorization has been processed by Life Time Fitness. I agree that Life Time Fitness may in its sole discretion terminate or restrict the use of my credit card on file at Life Time Fitness' centers. My authorization and card information may only be changed or cancelled in writing by me as the cardholder.

## VOLUNTARY TERMINATION

I may terminate this membership for any reason during the first 30 days of membership and receive a refund of the **Enrollment Fee and Membership Dues.** This guarantee does not apply if I previously had a Life Time Fitness membership or to any products or services that were a part of any membership package or that I or anyone else on this membership have purchased within this period. **I may terminate this membership for any reason beyond the first 30 days of membership by giving advance written notice as described below.** During the voluntary termination period, the privileges of this membership will remain in effect. If I provide advance written notice to Life Time Fitness by the 5th of the month, I will be responsible for Membership Dues only for the current month. If I provide advance written notice to Life Time

Fitness after the 5th of the month, I will be responsible for Membership Dues for the current and following month. No voluntary termination is effective until I have paid Life Time Fitness all amounts due and owing. To voluntarily terminate this membership, I will either fill out a termination request at a Life Time Fitness center, or send a written termination request stating that I am terminating this membership by certified mail, return receipt requested, to: Life Time Fitness, 601 Burr Ridge Parkway, Burr Ridge, IL 60527. Any refunds will be processed within 20 business days and refunded electronically to my designated credit/debit card or checking/savings account.

## MEMBERSHIP TYPES

The membership types, the availability of which vary by location, include:
1) Athletic Executive, which entitles participation in the Sports program, the use of Life Time Fitness' Athletic, Advantage, Sports and Fitness centers, access to the tennis facilities located within Life Time Fitness' Athletic, Advantage and Sports centers and additional amenities and services.
2) Athletic, which entitles participation in the Sports program, the use of Life Time Fitness' Athletic, Advantage, Sports and Fitness centers and access to the tennis facilities located within Life Time Fitness' Athletic, Advantage and Sports centers.
3) Advantage, which entitles participation in the Sports program, the use of Life Time Fitness' Advantage, Sports and Fitness centers and access to the tennis facilities located within Life Time Fitness' Advantage and Sports centers.
4) Sports, which entitles participation in the Sports program and the use of both Life Time Fitness' Sports and Fitness centers, but excludes access to the tennis facilities located within Life Time Fitness' Sports centers.
5) Fitness, which entitles the use of Life Time Fitness' Fitness centers.
6) Express, which entitles use of only the Life Time Fitness center for which the membership was purchased.
7) Zero-Down, which entitles the use of Life Time Fitness' Fitness centers, but for which the 30-day money back guarantee does not apply.
8) Short Term, which entitles the use of Life Time Fitness' Fitness centers beginning and ending on the dates stated above following the payment of a specified upfront fee. The provisions regarding Membership Fees, Membership Fees Payment and Refund Authorization, and Voluntary Termination do not apply.

Primary, partner and secondary members must be at least 12 years of age. Each of these membership types is available for the following number of persons:
1) Single, which consists of one person at least 12 years of age.
2) Couple, which consists of a) two persons at least 18 years of age who live together and have joint financial obligations, or b) two persons at least 12 years of age who live together and are immediate family members or in a legal guardianship relationship. "Joint financial obligations" mean a shared mortgage; a joint bank or credit card account; or two or more other joint financial obligations excluding utilities and entertainment. Proof of joint financial obligations, cohabitation (e.g. state-issued identification), or familial/guardianship status (e.g., birth certificate) may be required upon request.
3) Family, which consists of a Couple plus any person at least 12 but less than 21 years of age who lives with the couple, and is an immediate familial relative or ward of at least one of the two persons who comprise the couple. Once such a family member turns 21 years of age, that person may no longer remain on the family membership.

A person under the age of 12 who resides with a Single, Couple or Family and is an immediate familial relative or ward of at least one of the persons who comprise a Single, Couple or Family membership may be added as a Junior member to that Single, Couple or Family membership at an additional monthly per Junior fee so that such Junior member may access Life Time Fitness' centers as further described in the Member Usage Agreement.

## EARLY ACTIVATION

No Membership Dues beyond the first month's Membership Dues will be due and payable until after the Life Time Fitness center for which this membership has been purchased has opened, unless I or the primary member on this membership has chosen to use an active Life Time Fitness center. If this membership is activated early, the 30-day money back guarantee will begin upon the opening of the Life Time Fitness center for which this membership has been purchased, but, if the 30-day money back guarantee option is exercised, I will receive only the Enrollment Fee and first month's Membership Dues. Any early activation of this membership to use an existing Life Time Fitness center will require the payment of an early activation fee equal to the difference between the then-current enrollment fee at the existing Life Time Fitness center and the Enrollment Fee for this membership listed above.

I agree to and accept the terms and conditions above and I have received a complete copy of my General Terms Agreement.

Signed by Member: JASON BLAHNIK

Thu Nov 2007 11/29/07 16:39:23

http://mms.ltfinc.net/pks/NavPKStagingAgreementServlet

11/29/2007