IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JASON BLAHNIK,<br><br>  on behalf of himself and all others similarly situated,<br><br>            Plaintiff,<br><br>    vs.<br><br>LIFE TIME FITNESS INC.,<br><br>            Defendant. | )<br>)<br>)<br>)<br>)   Case No. 08 C 497<br>)<br>)   Judge Gottschall<br>)<br>)   Magistrate Judge Denlow<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF'S STIPULATION TO EXTENSION OF TIME
FOR THE DEFENDANT TO ANSWER OR OTHERWISE PLEAD**

Individual and representative Plaintiff, Jason Blahnik, by and through his attorney Alex Hageli of the LAW OFFICE OF ALEX M. HAGELI, hereby stipulates to an extension of time for the Defendant to answer or otherwise plead until May 1, 2008. Pursuant to the extension, Plaintiff also respectfully requests a resetting of the status hearing currently scheduled for March 26, 2008, until a time after the Defendant has answered or otherwise pled.

DATED: March 24, 2008                    Respectfully submitted,

                                         s/ Alex Hageli
                                         Alex Hageli
                                         LAW OFFICE OF ALEX M. HAGELI
                                         435 South Cleveland Avenue, Suite 306
                                         Arlington Heights, IL  60005
                                         (847) 392-4832
                                         alex@hageli.com
                                         **ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify, on this 24th day of March, 2008, I caused the foregoing **Plaintiff's Stipulation to Extension of Time for the Defendant to Answer or Otherwise Plead** to be filed electronically, and served same, by electronic service, upon the following:

Erik Lindseth
Life Time Fitness, Inc.
6442 City West Parkway
Eden Prairie, MN  55344

                                       s/ Alex Hageli