**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Jason Blahnik
                      Plaintiff,

v.                                        Case No.: 1:08−cv−00497
                                                  Honorable Joan B. Gottschall

Life Time Fitness Inc.
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, March 24, 2008:

      MINUTE entry before Judge Honorable Joan B. Gottschall:Pursuant to Plaintiff's Stipulation to Extension of Time for the Defendant to Answer or Otherwise Plead [7], defendant's answer is due by 5/1/08. Status hearing set for 3/26/08 is stricken and reset to 5/7/2008 at 09:30 AM. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.