# Exhibit 1

```
         TIME FITNESS #1
          601 BURR RIDGE PKWY
          BURR RIDGE IL 60527

TERMINAL I.D.:              70001303

MERCHANT #:           8000000883089003

MASTERCARD
   REDACTED         8068
SALE                  EXP.:  REDACTED
BATCH: 000059    INV: 62
DATE: NOV 29 07        TIME: 16:42:17
AUTH NO: 064155


TOTAL              $154.83

JASON S BLAHNIK

X__[signature]_____
   I AGREE TO PAY ABOVE TOTAL AMOUNT
   ACCORDING TO CARD ISSUER AGREEMENT
   (MERCHANT AGREEMENT IF CREDIT VOUCHER)


***MERCHANT COPY***
```