# Exhibit 2



# Member Usage Agreement

**Member Name:** JASON BLAHNIK　　**Additional Members:**
**Member Number:** 102734886

I wish to become a Life Time Fitness member. I understand that I will not be allowed to use a Life Time Fitness center until I have executed and complied with the terms of this Member Usage Agreement. All members are strongly encouraged to have a complete physical examination by a medical doctor prior to beginning any work out program or strenuous new activity. If I have a history of heart disease, I agree to consult a physician before becoming a Life Time Fitness member.

## RULES AND REGULATIONS

All matters affecting or relating to members are under the complete control of Life Time Fitness. Life Time Fitness may terminate my membership or any member at any time for failure to comply with any of the rules and regulations adopted by Life Time Fitness or for conduct Life Time Fitness determines to be improper or contrary to the best interests of Life Time Fitness. I will comply with Life Time Fitness' rules and regulations (which may be amended as necessary), including, but not limited to:

**Access to Centers.** I will present my membership card each time I use a Life Time Fitness center. Athletic Executive and Athletic members may access Life Time Fitness' Athletic centers and the tennis facilities located within those centers. Athletic Junior Executive members may access Life Time Fitness' Athletic centers, but not the tennis facilities located within those centers. Athletic Executive, Athletic and Advantage members may access Life Time Fitness' Advantage centers and the tennis facilities located within those centers. Athletic Junior Executive members may access Life Time Fitness' Advantage centers, but not the tennis facilities located within those centers. Athletic Executive, Athletic and Advantage members may access Life Time Fitness' Sports centers and the tennis facilities located within those centers. Athletic Junior Executive and Sports members may access Life Time Fitness' Sports centers, but not the tennis facilities located within those centers. Athletic Executive, Athletic, Athletic Junior Executive, Advantage, Sports, Fitness, Zero-Down, and Short Term members may access any of Life Time Fitness' Fitness centers, except that no male member may access any Fitness centers designated to be specifically for the use of women. Express members may only access the Life Time Fitness Fitness center for which the membership was purchased and may not check a child into a Life Time Fitness child center.

**Guests.** A membership advisor must authorize all guest visits and give each guest a tour of the Life Time Fitness center. A parent or legal guardian must accompany any guest under 16 years of age. All guests 16 years of age or older must sign a guest register and present a valid form of government issued photo identification which includes their date of birth. Guests may use a Life Time Fitness center only during designated guest hours. A guest fee may be charged for each guest's visit to a Life Time Fitness center. Life Time Fitness reserves the right to limit the number of guests a member may bring to use a Life Time Fitness center.

**Child Centers.** Only a junior member child between the ages of 3 months and 11 years may be checked into a Life Time Fitness child center and only by a parent or legal guardian. The same parent or legal guardian must remain on-site while the junior member child is in the child center and check the junior member child out of the Life Time Fitness child center. No junior member child is allowed to stay in a child center over 2 hours. No person between the ages of 3 months and 11 years is allowed into any area other than a Life Time Fitness child center except during designated family hours.

**Family Hours.** Only a junior member child between 3 and 11 years of age may use a center's family locker room and indoor or outdoor pool area during designated family hours if accompanied by a parent or legal guardian at all times. A parent or legal guardian must accompany a junior member child of the same gender while in an adult locker room. A parent or legal guardian may bring a maximum of 3 junior member children during family hours.

**No Weapons.** No weapons of any kind (as may be determined by Life Time Fitness in its sole discretion), including, but not limited to firearms, are allowed in any area of a Life Time Fitness center at any time or for any reason.

**Membership Freezes.** A membership can only be frozen for medical or military purposes. Life Time Fitness requires a statement from the treating physician if for a medical purpose or orders from a military branch of service if for a military purpose. The freeze on membership is effective for a period of up to 90 days from the date your notification and appropriate professional documentation were received by Life Time Fitness either in person or received by certified mail, return receipt requested. No retroactive freezes are permitted. If no other action is taken, upon expiration of the freeze period, the membership will activate and Membership Dues will again be charged to your designated account.

**Changes to Membership.** A primary member may transfer an Athletic Executive membership to another party no sooner than 18 months from the date of purchase of the membership. A transfer fee must accompany each Athletic Executive transfer and both the primary member and transferee must be present at the time of transfer to sign any required documents. All other membership types are not transferable. Only a primary or partner member or a person assuming financial responsibility for a membership may terminate a membership and only a primary member may remove a primary member from a membership. A fee must be paid for each member that is added to a membership, whether or not that person is a new member or had previously been a member. Upon reaching the age of 12, a junior member must become a partner or secondary member and, upon reaching the age of 21, any member who is not already a primary member must obtain his or her own membership.

## under Chapter 458, 459, 460 or Chapter 461 ASSUMPTION OF RISK

I understand that there is an inherent risk of injury, whether caused by me or someone else, in the use of or presence at a Life Time Fitness center, the use of equipment and services at a Life Time Fitness center, and participation in Life Time Fitness' programs. This includes, but is not limited to, indoor and outdoor pool areas with waterslides, a climbing wall area, ball and racquet courts, cardiovascular and resistance training equipment, personal training and nutrition classes and services, member programs, a child center, and spa and cafe products and services. This risk includes, but is not limited to:

1) Injuries arising from the use of any of Life Time Fitness' centers or equipment, including any accidental or "slip and fall" injuries;
2) Injuries arising from participation in supervised or unsupervised activities and programs within a Life Time Fitness center or outside a Life Time Fitr center, to the extent sponsored or endorsed by Life Time Fitness;
3) Injuries or medical disorders resulting from exercise at a Life Time Fitness center, including, but not limited to heart attacks, strokes, heart stress, spr. broken bones and torn muscles or ligaments; and
4) Injuries resulting from the actions taken or decisions made regarding medical or survival procedures.

I understand and voluntarily accept this risk. I agree to specifically assume all risk of injury, whether physical or mental, as well as all risk of loss, theft or damage of personal property for me, any person that is a part of this membership and any guest under this membership while such persons are using or present at any Life Time Fitness center, using any lockers, equipment, or services at any Life Time Fitness center or participating in Life Time Fitness' programs, whether such programs take place inside or outside of a Life Time Fitness center.

## RELEASE OF LIABILITY

I waive any and all claims or actions that may arise against Life Time Fitness, Inc., its affiliates, subsidiaries, successors or assigns (collectively, "Life Time Fitness") as well as each party's owners, directors, employees or volunteers as a result of any such injury, loss, theft or damage to any such person, including and without limitation, personal, bodily or mental injury, economic loss or any damage to me, my spouse, my children, or guests resulting from the

negligence of Life Time Fitness or anyone else using a Life Time Fitness center. I agree to defend, indemnify and hold Life Time Fitness harmless against any claims arising out of the negligent or willful acts or omissions of me, any person that is a part of my membership, or any guest under this membership.

**I HAVE READ AND AGREE TO THE TERMS AND CONDITIONS ABOVE, INCLUDING, BUT NOT LIMITED TO, THE ASSUMPTION OF RISK AND RELEASE OF LIABILITY, AND I HAVE RECEIVED A COMPLETE COPY OF MY MEMBER USAGE AGREEMENT.**

Signed by Member: **JASON BLAHNIK**

*[signature: Jason Blahnik]*

Thu Nov 2007 11/29/07 16:40:11