**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **JASON BLAHNIK,** ) | |
| ) | **Civil No. 08-C-497** |
| **On behalf of himself and all others** ) | |
| **similarly situated,** ) | **Hon. Joan B. Gottschall** |
| ) | |
| **Plaintiff.** ) | **Magistrate Judge Denlow** |
| ) | |
| **vs.** ) | |
| ) | |
| **LIFE TIME FITNESS, INC.,** ) | |
| ) | |
| **Defendant.** ) | |

## LIFE TIME'S MOTION FOR JUDGMENT ON THE PLEADINGS

Defendant, Life Time Fitness, Inc. ("Life Time"), by and through its attorneys, and pursuant to Fed. R. Civ. P. 12(c), respectfully requests the Court to grant Life Time judgment on the pleadings.  In support of its Motion, Life Time submits an accompanying Memorandum of Law and states as follows:

1.     On January 23, 2008, plaintiff filed his complaint against Life Time for alleged breaches of the Fair and Accurate Credit Transactions Act ("FACTA"), 15 U.S.C. § 1681c(g), stemming from his Membership Agreement with Life Time.  Plaintiff attached a copy of the Membership Agreement to his complaint.

2.     Simultaneous with the filing of this Motion, Life Time answered the complaint.

3.     FACTA prohibits the printing of certain debit- or credit-card information on receipts given to customers at the point of sale or transaction. 15 U.S.C. § 1681c(g)(1).

4.     Plaintiff claims that his Membership Agreement is a "receipt" that violates the FACTA.  As explained more fully in the accompanying Memorandum of Law, as a matter of

law, Plaintiff's Membership Agreement is not a "receipt" under FACTA because it does not

acknowledge money that has been received in a completed debit- or credit-card sale or

transaction.  Therefore, there is no basis for Plaintiff's claims and Life Time is entitled to

Judgment on the Pleadings pursuant to Fed. R. Civ. P. 12(c).

     WHEREFORE, for the forgoing reasons and those explained more fully in the

accompanying Memorandum of Law in Support, Life Time Fitness, Inc. respectfully moves this

Court to enter judgment its favor, dismissing this action with prejudice and ordering any other

relief the Court deems equitable and just under the circumstances.


Date:   May 1, 2008                                    Respectfully submitted,

                                                       LIFE TIME FITNESS, INC.


                                                       By:/s/ Henry M. Baskerville
                                                          One of Its Attorneys

Aaron D. Van Oort (MN Bar No. 315539)
Faegre & Benson LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402-3901
612-766-8138
AVanOort@faegre.com

Jonathan M. Cyrluk (Ill. Bar No. #6210250)
Henry M. Baskerville (Ill. Bar No. #6285712)
STETLER & DUFFY, LTD.
11 South LaSalle Street, Suite 1200
Chicago, IL 60603
(312) 338-0200
jcyrluk@stetlerandduffy.com
hbasker@stetlerandduffy.com

## <u>CERTIFICATE OF SERVICE</u>

I, Henry Baskerville, an attorney, certify that I caused copies of **Defendant Life Time**

**Fitness, Inc.'s Motion for Judgment on the Pleadings** to be served via the Court's CM/ECF

system on the attorney listed below this 1st day of May, 2008.


/s/    Henry M. Baskerville


To:    Alex Hageli
       Law Office of Alex M. Hageli
       435 South Cleveland Ave., Suite 306
       Arlington Heights, IL 60005
       847-392-4832
       alex@hageli.com
       *Attorney for Plaintiff*