## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| **JASON BLAHNIK,** | ) | |
| | ) | **Civil No. 08-C-497** |
| **On behalf of himself and all others** | ) | |
| **similarly situated,** | ) | **Hon. Joan B. Gottschall** |
| | ) | |
| **Plaintiff.** | ) | **Magistrate Judge Denlow** |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **LIFE TIME FITNESS, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

### NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on Wednesday, May 7, 2008 at 9:30 a.m., or as soon thereafter as we may be heard, undersigned counsel shall appear before the Honorable Joan B. Gottschall in Courtroom 2325 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present **Defendant Life Time Fitness, Inc.'s Motion for Judgment on the Pleadings**, a copy of which is attached hereto and served upon you.

Date:   May 1, 2008

Respectfully submitted,

LIFE TIME FITNESS, INC.

By: /s/    Henry M. Baskerville
     One of Its Attorneys

Aaron D. Van Oort (MN Bar No. 315539)
Faegre & Benson LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402-3901
612-766-8138
AVanOort@faegre.com

Jonathan M. Cyrluk (Ill. Bar No. #6210250)
Henry M. Baskerville (Ill. Bar No. #6285712)
STETLER & DUFFY, LTD.
11 South LaSalle Street, Suite 1200
Chicago, IL 60603
(312) 338-0200
jcyrluk@stetleranduffy.com
hbasker@stetleranduffy.com

## CERTIFICATE OF SERVICE

I, Henry Baskerville, an attorney, certify that I caused copies of the foregoing **Notice of Motion, Defendant Life Time Fitness, Inc.'s Motion for Judgment on the Pleadings, and Memorandum in Support of Life Time's Motion for Judgment on the Pleadings** to be served via the Court's CM/ECF system on the attorney listed below this 1st day of May, 2008.


/s/    Henry M. Baskerville


To:    Alex Hageli
       Law Office of Alex M. Hageli
       435 South Cleveland Ave., Suite 306
       Arlington Heights, IL 60005
       847-392-4832
       alex@hageli.com
       *Attorney for Plaintiff*