UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JASON BLAHNIK, )<br> )<br>On behalf of himself and all others )<br>similarly situated, )<br> )<br>       Plaintiff. )<br> )<br>vs. )<br> )<br>LIFE TIME FITNESS, INC., )<br> )<br>       Defendant. ) | Civil No. 08-C-497<br><br>Hon. Joan B. Gottschall<br><br>Magistrate Judge Denlow |

**DEFENDANT'S LOCAL RULE 3.2 DISCLOSURE OF AFFILIATES**

Defendant, Life Time Fitness, Inc., by and through its attorneys, and pursuant to Local Rule 3.2 of the United States District Court for the Northern District of Illinois, hereby makes the following disclosures:

1. Life Time Fitness, Inc. has no parent company.

2. Bank of America Corporation owns more than 5% of stock in Life Time Fitness, Inc.

| | |
|---|---|
| Date:  May 1, 2008 | Respectfully submitted,<br><br>LIFE TIME FITNESS, INC. |
| Aaron D. Van Oort (MN Bar No. 315539)<br>Faegre & Benson LLP<br>2200 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, MN  55402-3901<br>612-766-8138<br>AVanOort@faegre.com | By: /s/   Henry M. Baskerville<br>       One of Its Attorneys |

Jonathan M. Cyrluk (Ill. Bar No. #6210250)
Henry M. Baskerville (Ill. Bar No. #6285712)
STETLER & DUFFY, LTD.
11 South LaSalle Street, Suite 1200
Chicago, IL 60603
(312) 338-0200
jcyrluk@stetleranduffy.com
hbasker@stetleranduffy.com

-2-

## CERTIFICATE OF SERVICE

I, Henry Baskerville, an attorney, certify that I caused copies of **Defendant Life Time Fitness, Inc.'s Local Rule 3.2 Disclosure of Affiliates** to be served via the Court's CM/ECF system on the attorney listed below this 1st day of May, 2008.

/s/    Henry M. Baskerville

To:   Alex Hageli
      Law Office of Alex M. Hageli
      435 South Cleveland Ave., Suite 306
      Arlington Heights, IL 60005
      847-392-4832
      alex@hageli.com
      *Attorney for Plaintiff*