UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JASON BLAHNIK, ) | |
| ) | Civil No. 08-C-497 |
| On behalf of himself and all others ) | |
| similarly situated, ) | Hon. Joan B. Gottschall |
| ) | |
| Plaintiff. ) | Magistrate Judge Denlow |
| ) | |
| vs. ) | |
| ) | |
| LIFE TIME FITNESS, INC., ) | |
| ) | |
| Defendant. ) | |

## STIPULATION

In advance of the Initial Status Hearing and initial hearing on Defendant's Motion for Judgment on the Pleadings ("the Motion") set for May 7, 2008, the parties, through their respective counsel, hereby stipulate to the following:

1. Plaintiff shall file a Response to the Motion on or before May 28, 2008;

2. Defendant shall file a Reply in Support of the Motion on or before June 11, 2008;

3. The parties agree that all discovery -- including the discovery requirements set forth under Fed. R. Civ. P. 26(a)(1) -- shall be stayed pending a ruling on the Motion from the Court;

4. The hearing set for May 7, 2008 shall be stricken and reset to sometime after the Court has ruled upon the Motion.

(Remainder of page intentionally left blank)

SO STIPULATED AND AGREED TO on this 6th of May, 2008 by:

| JASON BLAHNIK, Plaintiff | LIFE TIME FITNESS, INC., Defendant |
|---|---|
| By: /s/ Alex Hageli<br><br>Alex Hageli<br>Law Office of Alex M. Hageli<br>435 South Cleveland Ave., Suite 306<br>Arlington Heights, IL 60005<br>847-392-4832<br>alex@hageli.com<br><br>*Attorney for Plaintiff* | By: /s/ Henry M. Baskerville<br><br>Aaron D. Van Oort (MN Bar No. 315539)<br>Faegre & Benson LLP<br>2200 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, MN 55402-3901<br>612-766-8138<br>AVanOort@faegre.com<br><br>Jonathan M. Cyrluk (Ill. Bar No. #6210250)<br>Henry M. Baskerville (Ill. Bar No. #6285712)<br>STETLER & DUFFY, LTD.<br>11 South LaSalle Street, Suite 1200<br>Chicago, IL 60603<br>(312) 338-0200<br>jcyrluk@stetleranduffy.com<br>hbasker@stetleranduffy.com<br><br>*Attorneys for Defendant* |

**CERTIFICATE OF SERVICE**

     I, Henry Baskerville, an attorney, certify that I caused copies of the foregoing **Stipulation** to be served on the attorney listed below via the Court's CM/ECF system this 6th day of May, 2008.

                                        /s/    Henry M. Baskerville

To:    Alex Hageli
        Law Office of Alex M. Hageli
        435 South Cleveland Ave., Suite 306
        Arlington Heights, IL 60005
        847-392-4832
        alex@hageli.com
        *Attorney for Plaintiff*