# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Jason Blahnik

                 Plaintiff,

v.                                 Case No.: 1:08−cv−00497

                                  Honorable Joan B. Gottschall

Life Time Fitness Inc.

                 Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 7, 2008:

       MINUTE entry before Judge Honorable Joan B. Gottschall: Pursuant to the Parties' Stipulation [16] all discovery −− including the discovery requirements set forth under FRCP26(a)(1) −− shall be stayed pending a ruling on the motion from the court. Status hearing set for 5/7/2008 is stricken. Briefing schedule as to MOTION by Defendant Life Time Fitness Inc. for judgment on the pleadings [12] is as follows :( Responses due by 5/28/2008, Replies due by 6/11/2008.) Status Hearing will be set with ruling by mail. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.