IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JASON S. BLAHNIK, <br><br> on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> LIFE TIME FITNESS, INC., <br><br> Defendant. | Case No. 08 C 497 <br><br> Judge Gottschall <br><br> Magistrate Judge Denlow |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Jason Blahnik, by and through his attorney Alex Hageli of the LAW OFFICE OF ALEX M. HAGELI, and Defendant Life Time Fitness, Inc., by and through its attorney Aaron D. Van Oort of Faegre & Benson LLP, jointly stipulate pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure to voluntarily dismiss this case with prejudice and without an award of costs or attorneys' fees to either party.

DATED: June 11, 2008

Respectfully submitted,

s/ Aaron D. Van Oort
Aaron D. Van Oort
Faegre & Benson LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402-3901
(612) 766-8138

**ATTORNEY FOR DEFENDANT**

Respectfully submitted,

s/ Alex Hageli
Alex Hageli
LAW OFFICE OF ALEX M. HAGELI
435 South Cleveland Avenue, Suite 306
Arlington Heights, IL  60005
(847) 392-4832
alex@hageli.com

**ATTORNEY FOR PLAINTIFF**

2

## CERTIFICATE OF SERVICE

I hereby certify, on this 11th day of June, 2008, I caused the foregoing **Notice of Voluntary Dismissal** to be filed electronically and served same, by electronic service, upon the following counsel of record:

Aaron D. Van Oort
Faegre & Benson LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402-3901
(612) 766-8138

Henry M. Baskerville
STETLER & DUFFY, LTD.
11 South LaSalle Street, Suite 1200
Chicago, IL  60603
(312) 338-0200

                                       _s/ Alex Hageli_